UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aram Ramone Carapiet, | Civil 06-1128 PAM/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Dakota County Medical Unit, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 26, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed without prepayment of fees [#2] is DENIED; and

2. This action is DISMISSED WITHOUT PREJUDICE.

DATED:  May 22, 2006.                  s/ Paul A. Magnuson
at St. Paul, Minnesota                 JUDGE PAUL A. MAGNUSON
                                       United States District Court